Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COBBLER NEVADA, LLC, | Civil Action No. 15-cv-1435TSZ |
| Plaintiff, | VOLUNTARY DISMISSAL OF DOES 4, 14, 27, 30, 35, 36 |
| v. | |
| DOES 1-35, | |
| Defendants. | |

The Internet Service Provider ("ISP") was unable to provide subscriber identification information in response to the subpoena issued pursuant to the Court's Order Granting Expedited Discovery or Plaintiff has otherwise been unable to identify the responsible party via the subscriber identification provided by the ISP. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses its claims against the noted Doe Defendant(s).

s/ David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

*Attorneys for Plaintiff*

VOLUNTARY DISMISSAL OF DOE - 1
Civil Action No. 15-cv-1435TSZJ
INIP-6-0028P16 VDMISS - Does 4, 14, 27, 30, 35, 36

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301