Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COBBLER NEVADA, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DOES 1-35,<br><br>　　　　　Defendants. | Civil Action No. 15-cv-1435TSZ<br><br>VOLUNTARY DISMISSAL OF DOE 35 WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(i) and according to the terms of a Confidential Settlement Agreement wherein Defendant Doe 35 agreed to (a) cease directly, contributorily or indirectly infringing Cobbler's rights in its valid and enforceable copyrighted work The Cobbler, Copyright Registration No. PA 1-873-195, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Cobbler; and (b) destroy all unauthorized copies or parts thereof of The Cobbler in its possession or subject to Defendant's control, including without limitation any downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without Cobbler's authorization, Plaintiff Cobbler Nevada, LLC hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

s/ David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

*Attorneys for Plaintiff*

VOLUNTARY DISMISSAL OF DOE
Civil Action No. 15-cv-1435TSZJ
INIP-6-0028P19 VDMISS - Doe 35

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301