Hon. Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

*Cobbler Nevada, LLC.*,

                Plaintiff

    v.

*Rivera, et al.*

                Defendants.

Case No. 2:15-cv-01435 TSZ

**NOTICE OF APPEARANCE**

Please take notice that John Whitaker hereby appears as attorney of record for Azucena Rivera in the above captioned action. Please serve all further pleadings and papers, exclusive of original process, on John Whitaker at the address below.

Dated: March 16, 2016    Respectfully submitted,

/s/ John Whitaker
John Whitaker
WHITAKER LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
p: (206) 436-8500
e: john@whitaker.law

*Attorney for Azucena Rivera*

Notice Of Appearance
Case No. 15-cv-1435TSZ

Page 1

WHITAKER LAW GROUP
1218 Third Ave, Suite 1809
Seattle, WA 98101
(206) 436-8500

# CERTIFICATE OF SERVICE

The undersigned attests that the foregoing document has been served on all parties of record in the manner and on the date indicated below.

| | |
|---|---|
| David A. Lowe<br>Lowe@LoweGrahamJones.com<br>LOWE GRAHAM JONES PLLC<br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>T: 206.381.3300<br>F: 206.381.3301 | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Overnight Mail<br>☒ CM/ECF Notification<br>☐ Email (with approval) |
| Dated: March 16, 2016 | /s/ John Whitaker<br>John Whitaker |

Notice Of Appearance
Case No. 15-cv-1435TSZ

Page 2

WHITAKER LAW GROUP
1218 Third Ave, Suite 1809
Seattle, WA 98101
(206) 436-8500