Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COBBLER NEVADA, LLC,<br><br>           Plaintiff,<br><br>   v.<br><br>AZUCENA RIVERA, an individual;<br>JESSE ROSENFIELD, an individual;<br>ALVA GODFREY, an individual;<br>RUSSELL JENKINS, an individual;<br>KAYLA NORBERG, an individual;<br>MARIYA MUDRYAK, an individual;<br>SHANNON TORGERSON, an individual;<br>JORGE HERRERA, an individual;<br>BERNICE CAIN, an individual;<br>DON VANDERHULE, an individual;<br>KRISTIN COMSTOCK, an individual;<br>BETTY DAMOS, an individual;<br>PAUL SNOW, an individual; and<br>JACKIE ELHARD, an individual,<br><br>           Defendants. | Civil Action No. 15-cv-1435TSZ<br><br>VOLUNTARY DISMISSAL WITH PREJUDICE OF JESSE ROSENFIELD (DOE 6) |

    Pursuant to Rule 41(a)(1)(A)(i) and according to the terms of a Confidential Settlement Agreement wherein Defendant Jesse Rosenfield (Doe 6) agreed to (a) cease directly, contributorily or indirectly infringing Plaintiff's rights in its valid and enforceable copyrighted work *The Cobbler*, Copyright Registration No. PAu 3-744-688, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) destroy all unauthorized copies or

STIPULATION OF DISMISSAL - 1
Civil Action No. 15-cv-1435TSZJ
INIP-6-0028P21 VDMISS - Doe 7 (Godfrey)



LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

parts thereof of *The Cobbler* in its possession or subject to Defendant's control, including without limitation that downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) pay Plaintiff a monetary sum for statutory damages, Plaintiff Cobbler Nevada, LLC hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

    s/ David A. Lowe, WSBA No. 24,453
      Lowe@LoweGrahamJones.com
    LOWE GRAHAM JONES<sup>PLLC</sup>
    701 Fifth Avenue, Suite 4800
    Seattle, WA 98104
    T: 206.381.3300
    F: 206.381.3301

*Attorneys for Plaintiff*

STIPULATION OF DISMISSAL - 2
Civil Action No. 15-cv-1435TSZ
INIP-6-0028P21 VDMISS - Doe 7 (Godfrey)

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301